

IN THE
TENTH COURT OF APPEALS

———————————

No. 10-11-00429-CR

WILLIE EUGENE PRESTON,

Appellant

v.

THE STATE OF TEXAS,

Appellee

———————————

From the 54th District Court
McLennan County, Texas
Trial Court No. 2010-1080-C2

## MEMORANDUM OPINION

Willie Eugene Preston was convicted of the offense of continuous sexual abuse of a child and sentenced to life in prison. TEX. PEN. CODE ANN. § 21.02 (West Supp. 2011). Preston complains that the evidence was insufficient for the trial court to have assessed attorney's fees and investigator's fees pursuant to *Mayer v. State. Mayer v. State*, 309 S.W.3d 552 (Tex. Crim. App. 2010). The State concedes that the evidence was insufficient to support that assessment. We agree that the evidence was insufficient. Preston's sole issue is sustained.

*Conclusion*

The evidence was insufficient for the trial court to have assessed attorney's fees and investigator's fees in the judgment; therefore, that assessment is deleted and judgment is rendered that the amount of costs owed by Preston is $700.00. As modified, the judgment of conviction is affirmed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Modified, and as Modified, Affirmed
Opinion delivered and filed August 9, 2012
Do not publish
[CRPM]